# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 26, 2015

### NO. 03-14-00393-CV

**Guadalupe-Blanco River Authority, Appellant**

**v.**

**Texas Attorney General; San Antonio Water System; Texas Commission on Environmental Quality; Cibolo Creek Municipal Authority; The Aransas Project; New Braunfels Utilities; San Antonio River Authority; KOC Land, LP; O'Connor Brothers River Ranch, LLC; Ballinamona-Gafney, LP; Ballinamona, LP; Braman Ranches, LLC, Wexford Cattle Co., LLP; Martin O'Connor Ranch Ltd.; and Martin O'Connor Cattle Company, Inc, Appellees**

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on June 9, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.